```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

RICHARD GREENBERG              §
                               §
VS.                            §   CIVIL ACTION NO.4:09-CV-722-Y
                               §
CENTRAL CREDIT SERVICES, INC., §
ET AL.                         §

## FINAL JUDGMENT

Before the Court is the parties' Stipulation of Dismissal (doc. #14). In light of the stipulation, the above-styled and -numbered cause is DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

SIGNED July 19, 2010.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/jar